```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 08-60804-CIV-ZLOCH
```

CHARLES PENNACHIO,

      Plaintiff,

                                       **O R D E R**

vs.

JOSEPH RESTIVO, WYATT PAULEY,
and METROPOLIS PROMOTIONS, INC.,

      Defendants.

_____/

      THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

      Plaintiff Charles Pennachio initiated the above-styled cause with the filing of a Complaint (DE 1) on May 28, 2008. On the same date, Plaintiff filed a Motion For Emergency Preliminary Injunction (DE 2). The Motion was not styled as one for a temporary restraining order, nor did it contain a certification by Plaintiff's attorney of the efforts made to give notice to Defendants and the reasons why such notice should not be required. See Fed. R. Civ. P. 65(b)(1)(B). By prior Order (DE 4), the Court ordered Plaintiff to show good cause why said Motion (DE 2) for preliminary injunction should not be denied for Plaintiff's failure to give notice to Defendants or certify his unsuccessful efforts to do so. The Court informed Plaintiff that failure to abide by the terms and conditions of said Order (DE 4) by noon on Wednesday,

August 6, 2008, would "result in denial of [said] Motion (DE 2) without prejudice and without further notice or hearing."  DE 4, p. 2.  As of the date of this Order, Plaintiff has failed to show good cause.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Charles Pennachio's Motion For Emergency Preliminary Injunction (DE 2) be and the same is hereby **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of August, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　United States District Judge

Copy furnished:

All Counsel of Record